**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 09-cv-00926-WYD-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** July 9, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| RHIANNON MANZANARES, | Charles J. Kimball |
| Plaintiff, | |
| v. | |
| AURORA LOAN SERVICES, LLC, | P. Christian Wolf |
| CITIMORTGAGE, INC., | Lisa Lee Jordan |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:** **MOTION HEARING and RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** **8:32 a.m.**
Court calls case. Appearances of counsel. *Ms. Manzanares is also present.*

Discussion regarding pending motions.

Counsel for Plaintiff makes an oral request to withdraw his Motion for Leave to Amend Complaint (doc #21, filed 5/22/2009).

The court will allow Plaintiff to file a new Motion to Amend and suggests that Plaintiff provide Defendants with a copy of a proposed First Amended Complaint.

For the reasons as stated on the record, it is

**ORDERED:** Plaintiff's oral motion to withdraw Plaintiff's Motion for Leave to Amend Complaint is **GRANTED.** Plaintiff's Motion for Leave to Amend Complaint (doc #21, filed 5/22/2009) is **WITHDRAWN.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties: **August 14, 2009**

Discovery Cut-off: **November 2, 2009**

Dispositive Motions deadline: **December 2, 2009**

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**ORDERED:** Counsel are directed to contact the court before **noon on Monday, July 13, 2009** to schedule a Settlement Conference. **The court will allow the client representative for CitiMortgage, Inc. to participate in a Settlement Conference via telephone.**

**FINAL PRETRIAL CONFERENCE** is set for **February 18, 2010 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a 3 day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:      9:17 a.m.**
Total time in court:    00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.